FILED
CLERK
3:01 pm, Dec 02, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BERNARD CARL,

                Plaintiff,

v.

THOMAS HAMANN,

                Defendant.

Civil Action No. 16-CV-3863 (ADS)(AKT)

**STIPULATION EXTENDING TIME TO FILE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the counsels for all parties, that the motion of plaintiff Bernard Carl's time to file an amended complaint pursuant to the Court's September 24,2014, order is extended from October 8, 2019, to October 25, 2019.

IT IS FURTHER STIPULATED that this stipulation may be executed in counterparts and facsimile copies will be deemed as an original.

Dated: November 25, 2019
        Central Islip, New York

| | |
|---|---|
| SILVERBERG P.C. | GEORGE W. KRAMER |
| *Attorneys for Plaintiff Bernard Carl* | *Attorneys for Defendant Thomas Hamann* |
| By: _____/s/_____ | By: _____/s/_____ |
|     Karl Silverberg, Esq. |     George W. Kramer, Esq. |
| 320 Carleton Ave., Suite 6400 | 30 Clemens Court |
| Central Islip, New York 11722 | Rocky Hill, Connecticut 06067 |
| (631) 778-6077 | (860) 529-5105 |

SO ORDERED.

   /s/ Arthur D. Spatt                                                             __December 2, 2019__
Arthur D. Spatt, U.S.D.J.                                                         Date