# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

==================================

| | |
|---|---|
| BERNARD CARL, | : Civil Action NO.. 2:16-cv-03863-ADS-AKT |
| Plaintiff, | |
| vs. | |
| RICHARD EDWARDS, JOHN HAWKINS, SPECIALIST CARS OF MALTON LIMITED, GRAEME SCHOLES, LEFT HAND DRIVE LTD., PAUL SWEENEY, PHS CONSULTANTS, ANDREW HOWARTH, CHRISTOPHER WILLIAMS, TREVOR SMITH, FOOS CHINA TRADING, VIKASH LIMBANI, LANDMARK CAR CO., JEFFREY PATTINSON, THOMAS HAMANN, and JOHN DOES 1-5, | : **REVISED NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 7.1 AND THE COURT'S ORDER OF JANUARY 14, 2020** |
| Defendants. | |

==================================

Pursuant to Fed. R. Civ. P. 12(b)(6), Thomas Hamann, hereby moves the Court to dismiss this case for Plaintiff's failure to state a legally sufficient cause of action against him. The defendant submits the attached memorandum of law in support of his Motion to Dismiss.

Dated: February 9, 2020

GEORGE W. KRAMER
Attorney for Defendant, Thomas Hamann

BY:/s/ George W. Kramer
George W. Kramer
Federal Bar No. ct 07982
30 Clemens Court
Rocky Hill, CT 06067
Telephone (860) 529-5105
Facsimile: (860) 529-5104
E-mail: gkramerlaw@gmail.com

**CERTIFICATION**

      I hereby certify that on the 9th day of February 2020, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

      /s/ George W. Kramer
      George W. Kramer