**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BERNARD CARL,

Plaintiff,

- against -

THOMAS HAMANN,

Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 16-3863 (ADS)(AKT)

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on April 29, 2020, granting the Defendant's motion pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Amended Complaint with prejudice, denying as moot the Defendant's motion for summary judgment, and respectfully directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that the Plaintiff Bernard Carl take nothing of the Defendant Thomas Hamann; that the Defendant's motion to dismiss the Amended Complaint is granted; that the Amended Complaint is dismissed with prejudice; that the Defendant's motion for summary judgment is denied as moot; and that this case is closed.

Dated: April 30, 2020
Central Islip, New York

DOUGLAS C. PALMER
CLERK OF THE COURT
By: /s/ James J. Toritto
Deputy Clerk