# ACTION REQUIRED

# ELECTION FORM

**Indicate your election EITHER to Consent to the
Jurisdiction by assigned Magistrate Judge for all purposes OR
Random Reassignment to a District Judge for the EDNY**

[CASE CAPTION]                                          [DOCKET NUMBER]

### Consent to Jurisdiction by Assigned Magistrate Judge

Pursuant to 28 U.S.C. § 636(c)(1) the undersigned party voluntarily consents to have the assigned United States Magistrate Judge conduct any and all further proceedings in this case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Second Circuit if an appeal is filed.

_____
Name of Party

_____
Signature of Attorney or Pro Se Party                                    Date

-------------------------------------------------------------------------------------------------------------------

### Assignment to a United States District Judge

Pursuant to 28 U.S.C. § 636(c)(2) the undersigned acknowledges the availability of a United States Magistrate Judge to preside for all purposes but elects to have this case randomly assigned to a United States District Judge.

_____
Name of Party

_____
Signature of Attorney or Pro Se Party                                    Date

*Return this form within 30 days of the filing of the accompanying "Order in cases previously assigned to Judge Feuerstein." After completing this form, parties may email it in .pdf format to to *consent@nyed.uscourts.gov* or mail it to the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722.